GEORGE WILLIAM SMITH, BY HIS NEXT FRIEND, TOM C. SMITH, v. SHELL UNION OIL CORPORATION ET AL.

(Filed 28 September, 1938.)

APPEAL by defendants from *Johnston, J.,* at July Term, 1938, of BUNCOMBE.

Civil action to recover damages for alleged negligent injury.

The complaint alleges that plaintiff was injured by the negligence of the defendants in placing "an inherently dangerous explosive . . . containing a mixture of gasoline and kerosene . . . in a retail garage or filling station," without proper safeguards, which was ignited by a match and exploded, resulting in injury to the plaintiff.

A demurrer was interposed upon the ground that the complaint does not state facts sufficient to constitute a cause of action. Demurrer overruled in the general county court; ruling sustained on appeal to the Superior Court; defendants again appeal.

STATE *v.* THORNE.

*C. E. Blackstock and J. W. Haynes for plaintiff, appellee.*
*Heazel, Shuford & Hartshorn for defendants, appellants.*

PER CURIAM. Without debating the matter, we agree with the courts below that the complaint is good as against a demurrer. See *Diamond v. Service Stores,* 211 N. C., 632, 191 S. E., 358; *Stone v. Texas Co.,* 180 N. C., 546, 105 S. E., 425; *Newton v. Texas Co., ibid.,* 561, 105 S. E., 433.

Affirmed.